Kevin P. MILLER, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 05–5071.

United States Court of Appeals, Federal Circuit.

June 21, 2005.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

William A. SKELTON, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 05–3140.

United States Court of Appeals, Federal Circuit.

June 22, 2005.

ORDER

Petitioner having filed the required Statement Concerning Discrimination it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief of the date of filing of this order.